UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ALAN GULKIS, individually and on behalf of all others similarly situated, :
: :
 Plaintiff, :
 :
 -against- :
 :
ZICAM LLC and MATRIXX INITIATIVES, INC., :
 :
 Defendants. :
------------------------------------- X

Case No. 7:15-cv-09843 (CS)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ashley K. Corkery, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Zicam LLC and Matrixx Initiatives, Inc. in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  January 26, 2016              Respectfully submitted,

                              /s/ Ashley K. Corkery
                              Ashley K. Corkery
                              DRINKER BIDDLE & REATH LLP
                              50 Fremont Street, 20th Floor
                              San Francisco, CA  94105-2235
                              Tel:  (415) 591-7500
                              Fax:  (415) 591-7510
                              ashley.corkery@dbr.com

83895948.1