UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ALAN GULKIS, individually and on behalf of   :
all others similarly situated,
                                             :
              Plaintiff,                     :   Case No. 7:15-cv-09843 (CS)
                                             :
      -against-                              :   **[PROPOSED] ORDER FOR ADMISSION
                                             :   PRO HAC VICE**
ZICAM LLC and MATRIXX INITIATIVES,           :
INC.,                                        :
                                             :
              Defendants.                    :
------------------------------------- X

The motion of Ashley K. Corkery, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

  Applicant's Name:  Ashley K. Corkery

  Firm Name:  Drinker Biddle & Reath LLP

  Address:  50 Fremont Street, 20th Floor

  City / State / Zip:  San Francisco, CA  94105

  Telephone / Fax:  (415) 591-7500/(415) 591-7510

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Zicam LLC and Matrixx Initiatives, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

83896998.1

Dated: _____    _____
United States District Judge