UNITED STATES DISTRICT COURT  Rev. Jan. 2013
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  Gulkis,

                                  Plaintiff(s),        **NOTICE OF INITIAL**
    - against -                                           **COURT CONFERENCE**
                                                              15 Civ. 9843-cs
  Zicam, LLC

                                  Defendant(s).
-------------------------------------------------------------------X

Counsel for all parties herein shall attend a conference for the purpose of case management and scheduling pursuant to Fed. R. Civ. P.16 on **March 23, 2016 at 4:00 p.m.** in Courtroom 621, Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, New York.

COUNSEL FOR PLAINTIFF(S) IS DIRECTED TO SEND A COPY OF THIS NOTICE TO ALL PARTIES, UNLESS THE CASE HAS BEEN REMOVED FROM STATE COURT, IN WHICH CASE COUNSEL FOR THE REMOVING DEFENDANT(S) SHALL SEND A COPY OF THIS NOTICE TO ALL PARTIES.

In cases where Fed. R. Civ. P. 26(f) applies, counsel for the parties shall confer in compliance therewith at least twenty-one (21) days prior to the scheduled conference to agree upon a proposed discovery plan which shall assure the completion of discovery within six (6) months of the date of the conference.  If so advised, a written report generated pursuant to Rule 26(f) may be attached to and incorporated in the Court's Civil Case Discovery Plan and Scheduling Order.  A longer period than six months to complete discovery will be granted by the Court only after hearing counsel and where the interests of justice so require.  Counsel should, to the extent possible, fill out the Court's Civil Case Discovery Plan and Scheduling Order by agreement, and bring the form to the conference.

Requests for adjournment may be made only in writing, received in chambers at least two full business days before the conference.  The written request must state: 1) the original date; 2) the number of previous requests for adjournment and the reason for those requests; 3) whether the previous requests were granted or denied; 4) the reason for the instant request; and 5) whether the other parties consent, and if not, the reasons given by the other parties for refusing to consent.  Unless the parties are notified that the conference has been adjourned, it will be held as scheduled.

Dated: February 19, 2006
       White Plains, New York


                                                   /s/ Alice F. Cama
                                                   Courtroom Deputy