UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN GULKIS, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>                  Defendants. | Civil Action No. 15-CV-09843-CS<br><br>**CORRECTED MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I Annick M. Persinger, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Alan Gulkis in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 6, 2017

                                              Respectfully Submitted,

                                              */s/ Annick Persinger*
                                              Annick M. Persinger

**BURSOR & FISHER, P.A.**
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
apersinger@bursor.com