UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN GULKIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ZICAM LLC and MATRIXX INITIATIVES, INC.<br><br>      Defendants. | Civil Action No. 15-CV-09843-CS<br><br>**AFFIDAVIT FOR ADMISSION PRO HAC VICE** |

I, Annick M. Persinger, declare as follows:

I am an attorney at law licensed to practice in the State of California. I am an associate at Bursor & Fisher, P.A., counsel of record for Plaintiff in the above captioned action. I have personal knowledge of the facts set forth in this affidavit, and if called as a witness, could and would competently testify thereto under oath.

Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I Annick M. Persinger, have moved this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Alan Gulkis in the above-captioned action.

I am in good standing of the bar of the state of California. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected. Executed on January 6, 2017 at Walnut Creek, California

*[signature]*
Annick M. Persinger

**BURSOR & FISHER, P.A.**
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
apersinger@bursor.com

*Attorney for Plaintiff*

State of California
County of Contra Costa

Subscribed and sworn to (or affirmed) before me on this 6th day of January, 2017, by ___Annick Persinger___, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*[signature]* Deborah L Schroeder

DEBORAH LYNN SCHROEDER
COMM. #2060613
Notary Public - California
Contra Costa County
My Comm. Expires Mar. 9, 2018