

# Supreme Court of California

### JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ANNICK MARIE PERSINGER

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ANNICK MARIE PERSINGER, #272996, was on the 3rd day of December, 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of December, 2016.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*I. Calanoc, Senior Deputy Clerk*